IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2008 JAN 16  P 4:15

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:08cr16-MEF |
| | ) | [18 USC 371] |
| KWANTRICE M. THORNTON | ) | |
| | ) | **INFORMATION** |

The United States Attorney charges:

## COUNT 1

1. From in or about February 2006 through in or about January 2007, in Montgomery County, in the Middle District of Alabama, and elsewhere, the defendant

KWANTRICE M. THORNTON

did conspire with others to aid and assist in the preparation and presentation of federal income tax returns that were false and fraudulent as to material matters, contrary to Title 26, United States Code, Section 7206(2).

2. In order to effect the object of the conspiracy, THORNTON and her co-conspirators committed a number of overt acts in the Middle District of Alabama, including the following:

    a. in or about July 2006, THORNTON stole from her employer, Electronic Data Systems, Inc. ("EDS"), social security numbers and dates of birth (the "identifiers") of Medicaid beneficiaries;

    b. between in or about August 2006 and in or about October 2006, THORNTON sold approximately 50 identifiers to a co-conspirator identified herein as "OM" in exchange for a total of $1,000;

    c. between in or about July 2006 and in or about January 2007:

      i. THORNTON received non-EDS related identifiers and bank account information from other individuals and passed this information on to OM;

      ii. OM provided the identifiers to other individuals, who caused the identifiers to be used to file federal income tax returns that fraudulently claimed refunds in the approximate amounts of $6000 to $9000, which were directly deposited into the bank accounts that THORNTON had identified to OM; and

      iii. THORNTON arranged for a portion of the refunds to be withdrawn from the bank accounts and provided $2,000 to OM; THORNTON originally did not charge OM for engaging in this conduct; however, THORNTON subsequently required a fee of $500 per refund paid, which she later increased to $1000.

 All in violation of Title 18, United States Code, Section 371.

                */s/ Leura G. Canary*
                LEURA G. CANARY
                United States Attorney

                */s/ Andrew O. Schiff*
                Andrew O. Schiff
                Assistant United States Attorney