IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO. |
| | ) | 2:08CR16-MEF |
| KWANTRICE M. THORNTON | ) | |

ORDER

The defendant, Kwantrice M. Thornton, has indicated to the court that he wishes to enter a consent plea. Therefore, it is

ORDERED that the defendant shall appear with counsel on 1/24/2008 at 3:00 p.m. in Courtroom 4-A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery Alabama, to enter a consent plea.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal shall arrange for the defendant's appearance at this proceeding.

DONE this 18th day of January, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE