IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

United States of America       *

v.                                                          2:08-CR-16-MEF

                                                                          *

Kwantrice Thornton             *

NOTICE OF APPEARANCE

Comes now the undersigned counsel and files this his Notice of Appearance on behalf of the Defendant in the above-styled cause and requests that all notices, correspondence, pleadings, orders and any other documents be served upon him at the address shown below.

Respectfully submitted this 18th day of January, 2008.

_____
Russell T. Duraski (DUR007)
Attorney for Defendant
6332 Woodmere Blvd
Montgomery, Alabama 36117
Telephone: (334) 260-9733
FAX: (334) 260-9735
email: duraskilaw@charter.net

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the Assistant United States Attorney shown below by placing a copy of same in the United States mail, postage prepaid, and properly addressed.

Done this 18th day of January, 2007.

Russell T. Duraski (DUR007)
Attorney for Defendant

Andrew Schiff, Esq.
Assistant U.S. Attorney
Post Office Box 197
Montgomery, Alabama  36101-0197