IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:08cr0016-MEF |
| | ) | |
| KWANTRICE THORNTON | ) | |

**MOTION TO CONTINUE CHANGE OF PLEA HEARING**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully moves this Court to continue the change of plea hearing set for the defendant Kwantrice Thornton on January 24, 2008, at 3:00 pm because counsel for the government is unavailable on January 24, 2008.  Both counsel for the government and counsel for the defendant are available the week of February 4, 2008.  The undersigned has spoken with counsel for the defendant, who has no objection to the requested continuance.

WHEREFORE, the United States respectfully requests that the change of plea hearing scheduled for January 24, 2008, at 3:00 pm in this case be continued until the week of February 4, 2008, and that this motion be GRANTED.

Respectfully submitted this the 22nd day of January, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/Andrew O. Schiff
ANDREW O. SCHIFF
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: andrew.schiff@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 2:08cr0016-MEF |
| ) | |
| KWANTRICE THORNTON ) | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 22, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Russell Turner Duraski, Esq.

Respectfully submitted,

/s/Andrew O. Schiff
ANDREW O. SCHIFF
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: andrew.schiff@usdoj.gov