# *United States District Court*

_____ __MIDDLE__ _____ DISTRICT OF _____ __ALABAMA__ _____

UNITED STATES OF AMERICA

v.

KWANTRICE M. THORNTON

WAIVER OF INDICTMENT

CASE NUMBER:  2:08CR16-MEF

I, ___ KWANTRICE M. THORNTON ___, the above named defendant, who is accused of

VIOLATION OF TITLE 18 USC § 371

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on __February 4, 2008__ prosecution by indictment and consent that the
               *Date*

proceeding may be by information rather than by indictment.

_____
*Defendant*

_____
*Counsel for Defendant*

Before _____
       *Judicial Officer*