IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:08cr16-MEF |
| ) | |
| KWANTRICE THORNTON ) | |

## MOTION TO CONTINUE SENTENCING

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and as grounds for this Motion, states as follows:

1. Sentencing for the above referenced defendant is presently scheduled for April 25, 2008, before the Honorable Mark E. Fuller.

2. Defendant has agreed to cooperate and the United States respectfully requests that sentencing be continued for 180 days to permit the defendant to continue her cooperation.

3. Defense counsel for Defendant Thornton has been contacted and has no objection to a continuance.

Based upon the above stated reasons, the United States respectfully requests a continuance in the sentencing of this case.

Respectfully submitted this the 8th day of April, 2008.

                 LEURA G. CANARY
                 UNITED STATES ATTORNEY

                 /s/Andrew O. Schiff
                 ANDREW O. SCHIFF
                 Assistant United States Attorney
                 131 Clayton Street
                 Montgomery, AL 36104
                 Phone: (334)223-7280
                 Fax: (334)223-7135
                 E-mail: andrew.schiff@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:08cr16-MEF |
| | ) | |
| KWANTRICE THORNTON | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Russell Turner Duraski, Esq.

Respectfully submitted,

/s/Andrew O. Schiff
ANDREW O. SCHIFF
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: andrew.schiff@usdoj.gov