IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08-cr-016-MEF |
| | ) | |
| KWANTRICE THORNTON | ) | |

# **O R D E R**

Upon consideration of the government's Motion to Continue Sentencing (Doc. #17) filed on April 8, 2008, it is hereby

ORDERED that the motion is GRANTED. The sentencing hearing set for April 25, 2008 is continued to October 16, 2008 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this the 10th day of April, 2008.

                                          /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE